IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CENTURY INDEMNITY COMPANY successor to CIGNA Specialty Insurance Co. (formerly California Union Insurance Company), § § § § § § § Plaintiff, § § V. § § ANADARKO E&P COMPANY, LP, § § Defendant. § § § | CIVIL ACTION NO. H-06-3483 |

## ORDER OF DISMISSAL

The parties have filed a joint motion to dismiss. The motion is granted.

(1)   Count I of the Amended Complaint is dismissed with prejudice.

(2)   Count II of the Amended Complaint is dismissed without prejudice.

(3)   Count III of the Amended Complaint is dismissed with prejudice as to Pending A/B/S Claims and future Underlying A/B/S Claims asserted against Anadarko (as those terms are defined by the Amended Complaint).

(4)   Count III of the Amended Complaint is dismissed without prejudice as to the Underlying Environmental Claims asserted against Anadarko (as that term is defined by the Amended Complaint).

SIGNED on August 27, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge